**BOOKHAM, INC., Plaintiff–Appellant,**

v.

**UNAXIS BALZERS AG and Unaxis Balzers Ltd., Defendants– Appellees.**

**No. 2007–1027.**

United States Court of Appeals, Federal Circuit.

Feb. 27, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).